Dismissed and Memorandum Opinion filed January 10, 2008








Dismissed
and Memorandum Opinion filed January 10, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00585-CV

____________

 

AMC MORTGAGE SERVICES, INC., Appellant

 

V.

 

GUARDIAN FIDELITY TITLE COMPANY AND JERRY RUBLE, Appellees

 



 

On Appeal from the
113th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-38280

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 2, 2007.  On December 20, 2007, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed January
10, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.